UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

ROBERT McDONNELL,

    Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

NO. CV-11-5058-CI

**JUDGMENT IN A CIVIL CASE**

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **DENIED**; Defendant's Motion for Summary Judgment dismissal is **GRANTED**. Judgment is entered for Defendant.

DATED: January 18, 2013

                        SEAN McAVOY
                        District Court Executive/Clerk

                        s/ L. Stejskal
                        Deputy Clerk